UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22227-CIV-MORENO

RAPHAEL AMAYA,

       Plaintiff,

vs.

ENTRATA, INC.,

       Defendant.

_____/

### ORDER OF DISMISSAL AS TO DEFENDANT ENTRATA INC ONLY

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal of Defendant Entrata INC. **(D.E. 4)**, filed on **June 26, 2019**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that only Defendant Entrata is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ___8___ of July 2019.

                                                   _____
                                                   FEDERICO A. MORENO
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record