UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22227-CIV-MORENO

RAPHAEL AMAYA,

        Plaintiff,

vs.

CA STUDENT LIVING HOLDING
COMPANY, LLC,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal Defendant CA Student Living Holding Company, LLC **(D.E. 10)**, filed on **July 2, 2019**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that Defendant CA Student Living Holding Company is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate. The case is closed in light of the dismissal of all Defendants in the case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___8th___ of July 2019.

                                            _____
                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record